# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

IDEAL IMAGE DEVELOPMENT CORPORATION, A FLORIDA CORPORATION, AND IDEAL IMAGE OF MISSOURI, LLC, A FOREIGN CORPORATION,

Appellants,

v.

HANNAH BUENO,

Appellee.

No. 2D21-1623

————————————————

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Darren D. Farfante, Judge.

William P. Cassidy and Nicole Deese Newlon of Johnson, Cassidy, Newlow & DeCort, P.A., Tampa, for Appellants.

Darryl Richards and J.D. Zarate of Johnson, Pope, Bokor, Ruppel & Burns LLP, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.